UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAREBUILDER SECURITIES
CORPORATION,

                    Plaintiff,                    NO.  C05-275JLR

          v.                                      ORDER OF DISMISSAL

JOHN DOE and JANE DOE,

                    Defendants.

        On November 11, 2005, Plaintiff filed a motion to dismiss (Dkt. # 10) which the court
is construing as a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1).  No Defendant
having answered, the case is hereby dismissed.

        Dated this 28th day of November, 2005.


                                            _____
                                            JAMES L. ROBART
                                            United States District Judge

ORDER OF DISMISSAL